# **EXHIBIT A**



KINEKT

NEWS   PRODUCTS   ABOUT   FAQ   EXTRAS

## GEAR RING®, $165



 SIZING   **sizing chart » pdf**

**ADD TO CART**

Free worldwide shipping
VAT/Duty not included

Lifetime warranty included

Easy return and exchange policy with no restocking fees

## ADDITIONAL VIEWS

   

## GEAR RING®

The patented Gear Ring is made from high quality matte stainless steel. It features micro-precision gears that turn in unison when the outer rims are spun (as can be seen in the video). It is currently available for purchase in sixteen standard US ring sizes: 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 & 20.

For sizing, please note that our ring is wider than average. If you are a half size, we recommend ordering the next whole size up (one half size larger).

Gift certificates and custom Gear Ring orders are available. Please email us for more information.

We gladly offer a full money back guarantee (see FAQ section) if you are unsatisfied with your purchase for any reason.

*Join mailing list.*   

## WATCH THE VIDEO



## TESTIMONIAL

*"The 'Gear Ring' intrigued the engineer in me and opened my eyes to jewelry."*

All content Copyright Kinekt Design LLC, Gear Ring patented and other patents-pending  |  All rights reserved  |  site design

# EXHIBIT B



US00D639199S

(12) **United States Design Patent**
Liberman et al.

(10) Patent No.:     **US D639,199 S**
(45) Date of Patent:     ᐧᐧ     Jun. 7, 2011

(54) **GEAR RING**

(76) Inventors: Glen Liberman, Short Hills, NJ (US);
Ben Hausea, Brooklyn, NY (US)

(**) Term:     14 Years

(21) Appl. No.: 29/349,563

(22) Filed:     Apr. 16, 2010

(51) LOC (9) Cl.     11-01

(52) U.S. Cl.     D11/26

(58) Field of Classification Search     D11/26–39,
D11/3; 63/15, 15.1–15.4, 15.45, 15.5, 15.6,
63/15.65, 15.7, 26
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D119,814 S | * | 4/1940 | Whitehead | | D11/38 |
| D170,628 S | * | 10/1953 | Caruso | | D11/39 |
| D184,833 S | * | 4/1959 | Super | | D11/39 |
| D450,009 S | * | 11/2001 | Medina | | D11/26 |

| | | | | | |
|---|---|---|---|---|---|
| D491,834 S | * | 6/2004 | Flynn | | D11/26 |
| D532,331 S | * | 11/2006 | Jung et al. | | D11/26 |
| D588,480 S | * | 3/2009 | Kurys | | D11/38 |
| D606,442 S | * | 12/2009 | Jung et al. | | D11/26 |

* cited by examiner

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Melanie Levy
(74) *Attorney, Agent, or Firm* — Spiegel & Associates

(57)     **CLAIM**

The ornamental design for a gear ring, as shown and
described.

**DESCRIPTION**

FIG. 1 is a perspective view of gear ring showing our new
design;
FIG. 2 is a top view thereof; and,
FIG. 3 is a front view thereof, the rear view being a mirror
image of such front view.
The portions of the gears shown in broken lines, form no part
of the claimed design.

**1 Claim, 3 Drawing Sheets**



# **EXHIBIT C**

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 3 03:10:42 EST 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN STATUS | TTAB STATUS | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Gear Ring

| | |
|---|---|
| **Word Mark** | **GEAR RING** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Diamond jewelry; Gemstone jewelry; Jewelry; Rings; Rings being jewelry; Watches and jewelry. FIRST USE: 20110501. FIRST USE IN COMMERCE: 20110501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85452952 |
| **Filing Date** | October 21, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 27, 2012 |
| **Registration Number** | 4157820 |
| **International Registration Number** | 1121030; 1128838 |
| **Registration Date** | June 12, 2012 |
| **Owner** | (REGISTRANT) Kinekt Design LLC LIMITED LIABILITY COMPANY OHIO Suite 9-239 184 S. Livingston Ave Livingston NEW JERSEY 07039 |
| **Attorney of Record** | Matthew H. Swyers, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RING" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT D**

# Copyright
#### United States Copyright Office

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kinekt
Search Results: Displaying 1 of 1 entries

◀ previous | next ▶



*Kinektdesign.com.*

|  |  |
|--|--|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007566733 / 2012-08-31 |
| **Application Title:** | Kinektdesign.com. |
| **Title:** | Kinektdesign.com. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Glen Liberman, 1982- . Address: 184 South Livingston Ave, Suite 9-239, Livingston, NJ, 07039, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Glen Liberman, 1982- ; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s), compilation, editing, artwork. |
| **Rights and Permissions:** | Glen Liberman, Kinekt Design LLC, 184 South Livingston Ave, Suite 9-239, Livingston, NJ, 07039, United States, (862) 200-1184, kinektdesign@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Liberman, Glen, 1982- |

**EXHIBIT E**

... | Compose Mai... | Fashion Ring... | [HARO] Frida... | Spinning ... × | Spinning Gea... | AliExpress / ... | Moto CMS HT... | Moto CMS HT... |

le-gear-ctr-ring

PS Kinekt adwords maps DMCA Blogger Gcheckout Money WSj Y USPTO Login Ebay Amazon IOffer

TR Ring Shop

FREE SHIPPING ON ORDERS OVER $40!

Order toll free: 866-450-1388

ome | On Sale! | Mens CTR Rings | Womens CTR Rings | Kids CTR Rings | All Styles | Engravable R

a Ring:

r Search...

Search

lmonials:

lered my CTR ring 2 days and it arrived today, I just t! Thank you so much!"

her Hauman - UT

hank you for your otional service! I ordered a ring as a gift for my mother, n came ahead of schedule she's absolutely thrilled with

er Hatzenbuhler - NY

## Product Details

**Select your ring size, then click "Add to Cart"**

NOTE: Please allow additional processing time for engraved rings.

0

## Spinning Gear CTR Ring

*NEW!*

NEW! This stainless steel CTR ring features movable gears that allow the ring and gears to move. The collest ring we have seen and great for engineers or anyone who loves unique items!

**Specifications:**

| | |
|---|---|
| **Metal:** | Stainless Steel |
| **Band Width:** | 10mm |
| **Engraving Available:** | None |
| **Brand:** | One Moment In Time |

Click to enlarge image(s)

VISA

AMERICAN EXPRESS

Shoppir

Items:

Subtotal:

SH

On all

Looking

Small Siz

Big Sizes

Ring Excl

Measure

.com

DH USPS Kinekt adwords maps DMCA Blogger Gcheckout Money WSj Y USPTO Login Ebay Ama

ONLY 1.951

Read more testimonials...

LDS BOOKSELLERS ASSOCIATION

Proud member of the LDS Booksellers Association

GOLD
CTR RINGS

With over 19,000 satisfied LDS customers and 300+ products, we're confident you found the right place to purchase quality CTR rings. We take pride in our huge selection, top-notch customer service, free return policy, and guaranteed satisfaction.

## Select a CTR Ring Style:

Classic CTR Rings

Designer CTR Rings

Other LDS Rings

Spinner Rings

RWH & ETTE

Sports Rings

Foreign Rings

*New* CTR Rings!

## Most Popular CTR Rings: Women's / Men's

Chain Spinner CTR Ring
Price ~~$21.95~~
On Sale $19.95

Sweetheart CTR Ring
Price ~~$49.95~~
On Sale $44.95

Elements CTR Ring
Price ~~$35.95~~
On Sale $32.95

Cursive CTR Ring
Price ~~$14.95~~
On Sale $12.45

Spinning Gear CTR Ring
Price ~~$39.95~~
On Sale $34.95

Other Links:

**EXHIBIT F**

Rachel's Amazon.com    Today's Deals    Gift Cards    Help

Shop by
**Department**     **Search**   Jewelry    gear ring                                         **Go**

Jewelry   Diamonds   Gemstones   Silver   Gold   Pearls   Wedding & Engagement   Amazon Curated Collection   Designer

One Moment In Time
**LDS Mens Spinning Gear CTR Ring for Boys**

Be the first to review this item | (0)

Price: **$34.95**

Ring Size:
Select



Click to open expanded view



Share your own customer images

## Special Offers and Product Promotions

- **Six-Month Financing:** Make any purchase on Amazon totaling $149 or more using the Amazon. interest if paid in full within 6 months. Interest will be charged to your account from the purchas balance is not paid in full within 6 months. Minimum monthly payments required. 1-Click and ph details and restrictions.

## Product Specifications

### Jewelry Information

10/6/2012 9:58

| Brand, Seller, or Collection Name | One Moment In Time |
|---|---|
| Metal stamp | Not stamped |
| Metal | Stainless steel |
| Resizable | No |

## Product Description

NEW! This stainless steel CTR ring features movable gears that allow the ring and gears to move. Th
great for engineers or anyone who loves unique items!

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B009M9LYEQ

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Ads from External Websites (What's this?)









**South Carolina Gamecocks Logo Crystal Stacked Ring Set**
$119.99
No Shipping Info
__FansEdge, Inc.__

**South Carolina Gamecocks Logo Crystal Stacked Ring Set**
$99.99
No Shipping Info
__FansEdge, Inc.__

**South Carolina Gamecocks Logo Crystal Stacked Ring Set**
$99.99
No Shipping Info
__FansEdge, Inc.__

**San Diego Charger Stainless Steel Cry Stack Ring Set**
$123.75
No Shipping Info
__Kohl's__

See a problem with these advertisements? Let us know

## Customers Viewing This Page May Be Interested in These Sponsored Links (Wha!

**LDS CTR Ring** ⬈

**Kinekt Gear Ring** ⬈

**Classic CTR Rings 20% Off** ⬈

- 150+ **CTR Rings** for **Men**, Women & Children. $0.99 Shipping Anywhere!

- Official Site. Patented. Lifetime Warranty & Free shipping

- Put a **CTR Ring** on your finger and always Choose the Right!

See a problem with these advertisements? Let us know

**EXHIBIT G**

 CTR Ring Sides

Shopping Bag: 2 item(s) / Total: $69.90

search by keyword

Home   About Us   Gift Registry   My Account   Contact Us   Blog

OUR PRODUCTS

Home > CTR RINGS > Spinner Rings

**CTR RINGS**
- Classic Rings with shield
- Designer CTR
- LDS Rings, not with CTR
- Language Rings
- Return With Honor
- Titanium
- Tungsten
- Spinner Rings
- Fashion Rings
- Ceramic

**STATUES**
- Cultured Marble
- Porcelain
- Paperweight
- Figures

**PINS / TIE TACKS**
- Key Tags/ Zipper Pulls
- Tie Bars
- Sports
- Temple

**PLATES**

**CHARMS**

**ORNAMENTS**
- Magnets

**ART & Home Decor**
- Real Hero posters
- Temple Art
- Home Decor
- LDS Art

**COINS**

**COLLECTABLES**
- Tapestry
- Crystal Cubes
- Belt Buckles
- Bookmarks

**T-SHIRTS**
- Mens
- Womens
- Kids

**OIL VIALS**

**JEWELRY**
- Bracelet
- Earrings
- Necklace
- Dog Tags
- Loving Family
- Slap Bracelet

**TOTES**
- Leather

# CTR RING Stainless Steel "Gear"

**Part Number J147**



 Email a friend     Review this item

Price

**Availability:** Usually Ships within 24hrs excluding weekends and holidays

**Your Price:** $34.95

FREE SHIPPING

Like    Sign Up to see what your friends like.

Choose Options

**Ring Size**
- ⊙ 8
- ○ 8.5
- ○ 9
- ○ 9.5
- ○ 10
- ○ 10.5
- ○ 11
- ○ 11.5
- ○ 12
- ○ 12.5
- ○ 13

NEW RELEASES

 New Product - Please enter name here
$0.00
more details

CTR Ring "White Gold"
$323.94

CTR Ring "Football"
$39.96

BY PRICE
$0 - $24.99
$25 - $49.99
Over $50

Children
Men
Women
Collegiate
NECKTIES
Men
Youth
CHESS SET
OLIVE WOOD
Grottos
Figurines
Journal
Accessories
Temple Recommend Holders
Scripture Markers & Pens
NEW!!!!!
SALE

FAVORITE BRANDS

8APPAREL
BELLA MCKINSEY
Carrington Publishing
Dean Kleven
EAGLE MOUNTAIN
EARTHWOOD
HANSEN CLASSICS
JOHNSON BROTHERS
LATTER DAY DESIGNS
LYON DESIGN
MARYETTA'S
ONE MOMENT IN TIME
Pillow Tie
PIONEER PLUS
REAL HERO POSTERS
RINGMASTERS
ZION CLOTHING

Quantity    1      Add to Cart

 Add to Gift Registry

Description

- Gear CTR Ring
- The gears move
- Stainless Steel
- 10mm 1oz
- Stock Sizes 8-13
- Comfort fit
- Makes a wonderful Gift
- Designed by members of the Church of Jesus Christ of Latterday Saints
- Look for all of our other related LDS Mormon CTR RING related Gifts

Related Items



**YW Flower Ring "Value Colors"**

☆☆☆☆☆ 0 Review(s)

Your Price: $9.99

Add To Cart



**Baptism Flower Ring "White"**

☆☆☆☆☆ 0 Review(s)

Your Price: $9.99

Add To Cart



**Spinner Ring "Multi-Color Flower"**

☆☆☆☆☆ 0 Review(s)

Your Price: $13.99

Add To Cart



**CTR RING SPINNER "Shiny Wide"**

☆☆☆☆☆ 0 Review(s)

Your Price: $14.95

Add To Cart



**CTR RING SPINNER "Shiny Narrow"**

☆☆☆☆☆ 0 Review(s)

Your Price: $10.95
On sale: $9.98 SALE

Add To Cart



**CTR RING SPINNER "Never Forget"**

☆☆☆☆☆ 0 Review(s)

Your Price: $10.95
On sale: $4.95 SALE

Add To Cart

Browse Similar Items
NEW!!!!!
CTR RINGS

Sign Up For Our Newsletter   enter email          ◉ Subscribe ○ Unsubscribe   submit

Copyright 2012 CTR RING SALES. All Rights Reserved. eCommerce Software by 3dcart.

**EXHIBIT H**

www.booksandthings.com/product/CM3147

Google | Ghost | PayPal | Kindt Design | Ebay | reddit | Amazon | iOffer | DHGate | Intl Ring Sizes | USPS | Google Translate | AdWords | Taobao | DMCA

Track Your Order    Checkout    Product Search: Search Box

# books&things

**Categories**

- ▶ Shop FULL B&T by Page
- ▶ Apparel
- ▶ Art/Cards/Home Decor
- ▶ Audio
- Baptism
- Bestsellers
- ▶ Books
- Books and Things Top 10
- Bookmarks
- Calendars/Planners

## Order Now

Top-Gear - Stainless Steel - Ring

*Stainless Steel CTR Ring
*Moveable gears - both ways
*In terms of allergic safety and high durability this material is superior to most precious metals

*Available sizes 8 - 13 - Choose size below

**Join our FREE**
**Mailing/Email List**

Privacy by ☑ SafeSubscribe℠

Shopping Cart

Items:                          0
Subtotal:                  $0.00
Product Search

Price

$ ___ to $ ___

Search



Categories

- Shop FULL B&T by Page
- Apparel
- Art/Cards/Home Decor
- Audio
  - Baptism
  - Bestsellers
- Books
  - Books and Things Top 10
  - Bookmarks
  - Calendars/Planners
  - Children
- Christmas
  - Computer Software
- Doctrine and Reference
- Family
  - Food
  - Gifts/Miscellaneous
  - Gift Ideas for Dad
  - Gift Ideas for Mom
- Jewelry
  - Magnets
  - Missionary

# Order Now

+1 0    Tweet 0    Like 2    Pinit

**Top-Gear - Stainless Steel - Ring**

*Stainless Steel CTR Ring
*Moveable gears - both ways
*In terms of allergic safety and high
durability this material is superior to
most precious metals

*Available sizes 8 - 13 - Choose size
below

Click to enlarge image(s)

SKU OM1147

Weight 0.9 lb

Choose Your Size  Size 8

Price $34.95

Qty Not available in the current price set.

- Submit a Review...

Join our FREE
Mailing/Email List
Privacy by SafeSubscribe
For Email Newsletters you can trust

Shopping Cart
Items:              1
Subtotal:        $9.99
View Cart | Checkout

Product Search

Price
$        to $

Search